# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUDITH KELLEY, et al., ) | CASE NO. 5:18-cv-2969 |
| ) | |
| PLAINTIFFS, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| WAL-MART STORES EAST, L.P., et al., ) | |
| ) | |
| DEFENDANTS. ) | |

On December 27, 2018, the Court issued the Case Management Conference (CMC) Scheduling Order setting a telephonic CMC for 10:00 a.m. on Friday, February 1, 2019. Plaintiffs' counsel was directed to place the call and join the Court when all parties were on the line. (*See* Doc. No. 6.)

At the scheduled date and time, no call was received from plaintiffs' counsel; defendants' counsel called the Court shortly after 10:00 a.m. to inquire. The Court's assistant attempted to reach plaintiffs' counsel, but was directed to voicemail, where a message was left for counsel. The Court subsequently received no follow up call from counsel.

Counsel for plaintiffs shall show cause in writing by February 8, 2019, why sanctions should not be levied, up to and including dismissal, for plaintiffs' counsel's failure to appear for the CMC and prosecute this case.

**IT IS SO ORDERED**.

Dated: February 1, 2019

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**